IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

**FILED**

SEP 11 2017

Clerk, U S District Court
District Of Montana
Missoula

| | |
|---|---|
| In the Matter of the Search of:<br><br>Cellular Telephone Assigned Call number (406) 580-9325 | MJ-17-42-M-JCL<br><br>ORDER |

The warrant in the above-entitled matter having been executed and returned with nothing seized,

IT IS ORDERED that the warrant is QUASHED.

DATED this 11th day of September, 2017.



Jeremiah C. Lynch
United States Magistrate Judge